UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ESHAQ M. NAWABI,<br>HYPERION CONUSULTING, INC.,<br>NAWABI ENTERPRISES,<br><br>Defendants; | Civ. Case No.  2:22-cv-00717-KJM JDP<br><br><br>**ORDER LIFTING TEMPORARY SEAL OF DOCKET AND CASE FILE** |

The Court has been informed by counsel representing Plaintiff that the Order Granting Plaintiff's *Ex Parte* Motion Temporarily to Seal Docket and Case File entered on April 28, 2022, (the "Sealing Order") is no longer necessary, as a result of Defendants having been served.

**THEREFORE**, **IT IS HEREBY ORDERED** that the docket and case file, including pleadings, motions, memoranda, exhibits, proposed orders and Orders, shall be unsealed.

**IT IS FURTHER ORDERED** that the Clerk shall remove the previously sealed *ex parte* Statutory Restraining Order ("SRO"), Docket No. 8, and substitute it with the redacted version of Docket No. 8 in this case to protect against disclosure of personal identifying information.

**IT IS SO ORDERED**, on the 3rd day of May 2022, Sacramento, California.

_____
CHIEF UNITED STATES DISTRICT JUDGE