UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>               Plaintiff,<br><br>   v.<br><br>ESHAQ M. NAWABI, individually and d/b/a/ NAWABI ENTERPRISE, and HYPERION CONSULTING, INC.,<br><br>               Defendants. | No. 2:22-cv-00717-KJM JDP<br><br>ORDER |

      In their joint status report plaintiff Commodity Futures Trading Commission (CFTC) and defendant Nawabi submitted a proposed "(1) process for Mr. Nawabi to prospectively assert focused Fifth Amendment objections, and (2) a mechanism for the Court to resolve those objections." Joint Status Report, ECF No. 34. This process is outlined below:

- Mr. Nawabi will timely assert, in accordance with Federal Rule of Civil Procedure 34, written objections to the CFTC's written discovery requests and produce a log identifying any documents he intends to withhold on the basis of his Fifth Amendment objections.

- During his deposition, Mr. Nawabi will assert on the record objections to specific questions.

- Within 30 days of either (i) Mr. Nawabi's deposition or (ii) the completion of document productions by Defendants, whichever is later, the CFTC will file a motion to compel as to any responses or documents, if any, for which it intends to dispute Mr. Nawabi's Fifth

1

Amendment assertion. The motion to compel will specifically address each document and/or deposition question to which Mr. Nawabi has asserted a Fifth Amendment objection and articulate why such information is not protected from production under Mr. Nawabi's Fifth Amendment rights.

- Within 30 days of the filing of the CFTC's motion to compel, Defendants will file a response in opposition.

- The CFTC will file a reply within 15 days.

- The matter will be referred to a magistrate judge for resolution of the Fifth Amendment issues. To the extent necessary, Defendants will produce any documents requested by the magistrate judge for in camera review.

Joint Status Report at 1–2.

The court **approves** this proposal. Any Fifth Amendment issues are referred to the magistrate judge for resolution according to the process described above.

IT IS SO ORDERED.

DATED: January 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE