UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ESHAQ M. NAWABI, individually and d/b/a, NAWABI ENTERPRISE, et al.,<br><br>Defendants. | No. 2:22-cv-00717-KJM-JDP<br><br>ORDER |

The court has reviewed the parties' joint request for a status conference and good cause appearing **grants** the request. A status conference is **set for 9/21/2023 at 02:30 PM** in Courtroom 3 (KJM) before Chief District Judge Kimberly J. Mueller. The parties are **directed** to submit a joint status report **fourteen (14) days** before the status conference. The status conference will proceed by video conferencing through the Zoom application. The Courtroom Deputy will provide counsel with the access information no less than 24 hours before the hearing.

This order resolves ECF No. 62.

IT IS SO ORDERED.

DATED: July 31, 2023.

CHIEF UNITED STATES DISTRICT JUDGE