# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Eshaq M. Nawabi, individually and d/b/a,<br>Nawabi Enterprise,<br>and Hyperion Consulting, Inc.,<br><br>Defendants. | Civil Case No.  2:22-cv-00717-KJM JDP |

### ORDER GRANTING STIPULATION TO CONTINUE STAY PENDING SETTLEMENT APPROVAL

This matter is before the court on the Parties' Joint Status Report and Stipulation to Continue Stay Pending Settlement Approval, ECF No. 70.  For good cause shown, the Court hereby GRANTS the Parties' Stipulation.

It is hereby ordered that:

1. All pre-trial deadlines and the trial date will continue to be stayed pending Commission consideration of the recommended settlement and Proposed Consent Order.

2. As soon as practicable following Commission approval, and no later than March 15, 2024, the Parties will file the Proposed Consent Order with the Court.

1

3. In the event that either the Commission fails to approve or the Court declines to enter the Proposed Consent Order, the Parties will propose new deadlines to the Court within one week.

**IT IS SO ORDERED**.

Dated this 6th day of February, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE